942

MARCH 24, 1987

No. 86–1328.   SPARKS v. KANSAS ET AL.   Ct. App. Kan.   Certiorari dismissed under this Court's Rule 53.

MARCH 30, 1987

No. 86–1377.   ANCOR HOLDINGS, N. V. v. REPUBLIC OF THE PHILIPPINES.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 53.

No. 86–701.   COOPER v. EUGENE SCHOOL DISTRICT NO. 4J ET AL.   Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question.   JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 86–1286.   K MART CORP. v. IDAHO STATE TAX COMMISSION.   Appeal from Sup. Ct. Idaho dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 86–1291.   MONTANO v. PRINCE GEORGE'S COUNTY, MARYLAND, ET AL.   Appeal from C. A. 4th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.